```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN, JR.,
*on behalf of himself and
all others similarly situated,*

        Plaintiff,

-against-

OLYMPIAN CONSTRUCTION CO., LLC,

        Defendants.

Case No.: 18-cv-07307

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, PHILLIP SULLIVAN, JR., are hereby dismissed with prejudice, in their entirety, as against Defendant, OLYMPIAN CONSTRUCTION CO., LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 9, 2018
       New York, New York

                    Lee Litigation Group, PLLC
                    30 East 39th Street, Second Floor
                    New York, NY 10016
                    Phone: (212) 465-1188

                    C.K. Lee, Esq. (4086)

SO ORDERED.

Dated: October 10, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge